393 A.2d 1294

Mitchell Plastics, Inc. v. Kocisko et al. (et al., Appellants).

Argued April 10, 1978. William G. Boyle, for appellant; Clyde W. Armstrong, for appellees.

Judgment affirmed.

HESTER, J., did not participate in the consideration or decision of this case.